United States Court of Appeals
for the Third Circuit

Jong Shin,
Movant

Docket No. 12-3623

v.

United States of America,
Respondent



Motion For Leave To File Pro Se Supplemental Brief

****************************************************************

Comes now Jong Shin, Movant, and in Pro Se, who requests that this Honorable Court grant her leave to file a supplemental brief in Pro Se.

Movant further thanks this Honorable Court and prays this motion be granted.

Respectfully submitted this 29th day of May, 2013,

Jong Shin
Reg. No. 61174-050
Danbury Federal Correctional Institution
Route 37
Danbury, CT 06811

...

A document filed pro se is to literally construed in a pro se motion, however, inartfully pleaded, its held less stringent standards than a formal pleading drafted by a lawyer . <u>Erickson v. Pardus</u> , 167 L. Ed.2d 1081, 1082 (2007) ; see also <u>Haines v.Kerner</u> , 404 U.S. 519 , 521 (1972).

<u>UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY</u>

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this May 29th, 2013 .

Jong Shin.
Fed. Reg. # 61174-050
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811

<u>CERTIFICATE OF SERVICE</u>

I, Jong Shin , certify under the penalty of perjury that a true and correct copy of the foregoing has been placed in the Federal Correctional Institution mailbox in Danbury, Connecticut on this 29th day of May , 20 13, in accordance with the prison mailbox rule <u>Houston v. Lack,</u> 487 U.S. 266 (1988), this above styled motion is deemed filed upon placement in the prison mail room and mailed to the following:

Clerk, US Court of Appeals
Third Circuit
601 Market St.
Philadelphia, PA 19106

So served,