LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243
FACSIMILE
(212) 334-2211

August 9, 2013

United States Court of Appeals
 For the Third Circuit
21400 US Courthouse
601 Market Street
Philadelphia, PA 19106

By ECF

re: USA v. Jong Shin
    12-3623

Dear Sir/Madame;

At the request of the government I am writing to advise the Court of Appeals that the issues raised in Arguments One, Four and Five of appellant's brief were not preserved by an objection on the record in the District Court.

Thank you.

Respectfully,

B. Alan Seidler

bas/ee